# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CARLOS A. MILLER,

    Plaintiff, : Case No. 3:10-cv-173

                        District Judge Walter Herbert Rice
-vs-                       Magistrate Judge Michael R. Merz

                                      :

SUMMIT BEHAVIAL HEALTHCARE,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 24, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be, and it hereby is, dismissed without prejudice for failure to state a claim upon which relief can be granted.

May 25, 2010.

                                                         Walter Herbert Rice
                                                      United States District Judge